UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**ESTATE OF ANDY CHENG LI and**
**FEI YING ZHENG,**

        **Plaintiffs,**

-v-

**TACO BELL OF AMERICA,**

        **Defendant.**

Case No. 3:14-cv-391

Judge Thomas M. Rose

---

**ENTRY AND ORDER TERMINATING THIS CASE**

---

In an Entry and Order granting Defendant Taco Bell of America's Motion To Dismiss without prejudice, the Court granted Plaintiffs not longer than thirty (30) days to file an amended complaint if they could. The Entry and Order was docketed on January 22, 2015 (doc. #16), and the Plaintiffs have not filed an amended complaint. Therefore, this case is terminated.

**DONE** and **ORDERED** in Dayton, Ohio this Twelfth Day of March, 2015.

        s/Thomas M. Rose

        THOMAS M. ROSE
        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record